Joe C. Dawson, appellee, v. O. A. Sinclair, appellant. Gen. No. 7,748.

Action for services and material furnished. Judgment for plaintiff. Appeal from the Circuit Court of Douglas county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 27, 1925.

Elmer A. Johnson, for appellant. John H. Chadwick, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Charles Hoke, appellee, v. Dan Perrigo, appellant. Gen. No. 7,849.

Replevin to recover possession of hogs. Judgment on verdict for plaintiff. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed October 27, 1925. Rehearing denied December 16, 1925.

John E. Wall, for appellant. S. A. Hubbard and H. W. Lewis, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Oren Easton, administrator of the estate of Lewis Easton, deceased, appellant, v. Glenn W. Ward, appellee. Gen. No. 7,864.

Action for death of child struck by automobile being driven into garage. Judgment for defendant. Appeal from the Circuit Court of Cumberland county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed October 27, 1925.

Craig & Craig, for appellant. Hiram L. Scranton, Emery Andrews and Raymond G. Real, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Richard Wineinger, administrator of the estate of Eva Catherine Wineinger, deceased, appellee, v. Ernest Walz, appellant. Gen. No. 7,876.

Action for death of pedestrian struck by overtaking automobile. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed October 27, 1925.

H. M. Steely and H. M. Steely, Jr., for appellant; R. J. Dunn, of counsel. Acton, Acton & Snyder, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Chambersburg State Bank, appellee, v. Edmund B. Tolbert, appellant. Gen. No. 7,885.

Partition of live stock between purchaser at judicial sale and judgment debtor. Decree for complainant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded with directions. Opinion filed October 27, 1925. Rehearing denied December 16, 1925. *Certiorari* denied by Supreme Court (making opinion final).

William and Barry Mumford, for appellant. Williams & Williams and George H. Wilson, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.